377 A.2d 186

Commonwealth v. Schoonmaker, Appellant.

Submitted March 14, 1977. E. Franklin Martin, Assistant Public Defender, for appellant; William C. Cramer, Assistant District Attorney, and John R. Walker, District Attorney, for Commonwealth, appellee.

Order affirmed.

377 A.2d 186

Commonwealth v. Scott, Appellant.

Submitted March 14, 1977. Philip D. Freedman, Assistant Public Defender, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, and LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.